FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLEE JACKSON, | ) | No. CV 04-1399-RGK(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ARTHUR EVANS (Parole Agent), | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: MAR 31 2008 _____

_____
R. GARY KLAUSNER
United States District Judge